**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Limonciello, Anthony** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Limonciello, Annette M.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**DBA AF Plumbing Company** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-6442** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-0760** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4233 North Melvina Avenue**<br>**Chicago, IL 60634** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4233 North Melvina Avenue**<br>**Chicago, IL 60634** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business  ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/03) 9/22/05 10:46AM  FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Limonciello, Anthony**
**Limonciello, Annette M.**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Anthony Limonciello**
Signature of Debtor **Anthony Limonciello**

X  **/s/ Annette M. Limonciello**
Signature of Joint Debtor **Annette M. Limonciello**

Telephone Number (If not represented by attorney)

**September 22, 2005**
Date

**Signature of Attorney**

X  **/s/ Gina B. Krol**
Signature of Attorney for Debtor(s)
**Gina B. Krol 6187642**
Printed Name of Attorney for Debtor(s)
**COHEN & KROL**
Firm Name
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address
**312-368-0300  Fax: 312-368-4559**
Telephone Number
**September 22, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Gina B. Krol**          **September 22, 2005**
Signature of Attorney for Debtor(s)      Date
**Gina B. Krol 6187642**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re  **Anthony Limonciello,**
**Annette M. Limonciello**
_____,
Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **13-17-302-040-0000** <br><br> **Cook County Treasurer** <br> **P.O. Box 4476** <br> **Carol Stream, IL 60197-4476** | | J | **property taxes** <br><br> **4233 North Melvina Avenue** <br> **Chicago, IL 60634** <br><br> Value $  280,000.00 | | | | **2,470.09** | **2,470.09** |
| Account No. **119-07300846909** <br><br> **LaSalle Bank** <br> **Attention: Bankruptcy** <br> **135 South LaSalle Street Dept 8144** <br> **Chicago, IL 60674-8144** | | J | **Home Equity** <br><br> **4233 North Melvina Avenue** <br> **Chicago, IL 60634** <br><br> Value $  280,000.00 | | | | **88,877.00** | **0.00** |
| Account No. **2359363** <br><br> **LaSalle Bank** <br> **Attention: Bankruptcy** <br> **135 South LaSalle Street Dept 8144** <br> **Chicago, IL 60674-8144** | | J | **4233 North Melvina Avenue** <br> **Chicago, IL 60634** <br><br> Value $  280,000.00 | | | | **127,400.00** | **106,277.00** |
| Account No. **0620292110** <br><br> **Washington Mutual** <br> **Attention: Bankruptcy** <br> **P.O. Box 3139** <br> **Milwaukee, WI 53201-3139** | | J | **mortgage** <br><br> **4233 North Melvina Avenue** <br> **Chicago, IL 60634** <br><br> Value $  280,000.00 | | | | **170,000.00** | **0.00** |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **388,747.09** | |
| | | | Total <br> (Report on Summary of Schedules) | | | | **388,747.09** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6E
(04/05)

In re   **Anthony Limonciello,**                                                    Case No. _____
      **Annette M. Limonciello,**
_____,
                          Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                         **1**     continuation sheets attached

Form B6E - Cont.
(04/05)

9/22/05 10:46AM

In re **Anthony Limonciello,**
**Annette M. Limonciello**
                                                                    , Case No. _____
Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **05 C 0232** <br><br> **Laborer's Union Pension & Welfare** <br> **11465 Cermak Road** <br> **Westchester, IL 60154** | | - | | | | | 2,623.68 | 2,623.68 |
| Account No. **05 C 4604** <br><br> **Local 130** <br> **Lewis Overbeck & Furman LLP** <br> **135 South LaSalle Stree Suite 2300** <br> **Chicago, IL 60603** | | - | **pending action** | | | | 186,268.85 | 186,268.85 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 188,892.53

Total (Report on Summary of Schedules) | 188,892.53

Form B6F
(12/03)

In re **Anthony Limonciello,**
**Annette M. Limonciello** ,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1014**<br><br>**A&A Equipment & Supply Co**<br>**196 West Devon Avenue**<br>**Bensenville, IL 60106** | | - | AF Plumbing Co. | | | | **13,000.00** |
| Account No. **03 001872058**<br><br>**American Family Insurance Company**<br>**Credit Collection Services**<br>**2 Wells Avenue Suite 1**<br>**Newton Center, MA 02459** | | - | AF Plumbing Co. | | | | **24,513.00** |
| Account No.<br><br>**American General Finance**<br>**3131 North Central Avenue**<br>**Chicago, IL 60634-5314** | | J | 29495762   $17,131.00<br>2907647    $12,600.00 | | | | **29,731.00** |
| Account No. **100725**<br><br>**Amerisafe Inc**<br>**c/o Caine & Weiner**<br>**1100 East Woodfield Road #425**<br>**Schaumburg, IL 60173** | | - | AF Plumbing Co. | | | | **396.31** |

__7__ continuation sheets attached

Subtotal
(Total of this page)

**67,640.31**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:29730-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Anthony Limonciello,**
   **Annette M. Limonciello,**                                   Case No. _____

                                                      ,
                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **130361** <br><br> **Auburn Supply Co** <br> **Teller Levit & Silvertrust PC** <br> **11 East Adams Street** <br> **Chicago, IL 60603** | | - | AF Plumbing Co. | | | | 15,078.98 |
| Account No. **437601** <br><br> **Barnett** <br> **P.O. Box 2317** <br> **Jacksonville, FL 32203** | | - | | | | | 411.77 |
| Account No. **1003** <br><br> **Beverly Materials, LLC** <br> **1100 Brandt Drive** <br> **Elgin, IL 60120-1600** | | J | AF Plumbing Co. | | | | 767.02 |
| Account No. <br><br> **Bond Safegaurd Insurance Co** <br> **1919 South Highland Ave Bldg A #300** <br> **Lombard, IL 60148** | | - | AF Plumbing Co. | | | | 30,000.00 |
| Account No. **5178-0524-5662-4663** <br><br> **Capital One Bank** <br> **P.O. Box 790216** <br> **Saint Louis, MO 63179-0216** | | J | credit card | | | | 5,100.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   51,357.77

Form B6F - Cont.
(12/03)

In re **Anthony Limonciello,**
      **Annette M. Limonciello,**
                                                                                         Case No. _____

                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Carson Piere Scott** <br> **P.O. Box 17633** <br> **Baltimore, MD 21297-1633** | | J | 00.3573.318.1    $2200.00 <br> 02.3216.047.1    $   1.64 | | | | 2,201.64 |
| Account No. **AFCO** <br> **Catalano Caboor & Co** <br> **1 South 376 Summit Ct A** <br> **Oak Brook, IL 60181** | | - | | | | | 39,130.00 |
| Account No. <br> **Chase Card Member Services** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | J | 4118.1602.1453.2270    $12,000.00 <br> 5184.4500.4282.9949    $30,000.00 | | | | 42,000.00 |
| Account No. **625.596.119** <br> **Citgo** <br> **P.O. Box 9095** <br> **Des Moines, IA 50368-9095** | | J | | | | | 283.53 |
| Account No. <br> **City of Chicago** <br> **Department of Revenue** <br> **P.O. Box 88292** <br> **Chicago, IL 60680-1292** | | - | | | | | **Unknown** |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    83,615.17

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Anthony Limonciello,**
**Annette M. Limonciello,**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **603518-55035-00477**<br><br>**CNH Capital**<br>**Dept Ch 10460**<br>**Palatine, IL 60055-0460** | | - | | | | | 4,104.93 |
| Account No. **04 M1 182188**<br><br>**Crawford Supply Co**<br>**Fuchs & Roselli, LTD**<br>**440 West Randolph Street Suite 500**<br>**Chicago, IL 60606** | | J | AF Plumbing Co. | | | | 9,000.00 |
| Account No. **326504**<br><br>**Datacom Marketing**<br>**1 Chestnut Street Suite 91**<br>**Nashua, NH 03060** | | J | AF Plumbing Co. | | | | 499.00 |
| Account No. **03-06-114**<br><br>**Diamond Coring Co**<br>**c/o Chitkowski Law Offices**<br>**801 Warrenville Road #620**<br>**Lisle, IL 60532** | | J | AF Plumbing Co. | | | | 3,349.95 |
| Account No. **AFCO**<br><br>**Efficient Insulation**<br>**10215 Franklin Avenue**<br>**Franklin Park, IL 60131** | | - | | | | | 1,600.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,553.88

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Anthony Limonciello,**
       **Annette M. Limonciello,**
                                                    ,
                        Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2005 M1 601582**<br><br>**Financial Management Services, Inc**<br>**Grochocinski Grochocinski & Lloyd**<br>**1900 Ravina Place**<br>**Orland Park, IL 60462** | | J | pending action | | | | **Unknown** |
| Account No. **5401-6830-1034-2571**<br><br>**First USA**<br>**Card Member Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | J | credit card | | | | **2,936.00** |
| Account No.<br><br>**Fred & Barbara Altamore**<br>**3035 Maple Street**<br>**Franklin Park, IL 60131** | | - | loan | | | | **100,783.43** |
| Account No. **217307040 - N**<br><br>**General Casualty Insurance Co**<br>**Dun & Bradstreet Receivables**<br>**55 Shurman Road**<br>**Naperville, IL 60566-7099** | | J | AF Plumbing Co. | | | | **5,000.00** |
| Account No.<br><br>**Golf Diagnostic Center**<br>**9680 Golf Road**<br>**Des Plaines, IL 60016** | | J | medical | | | | **114.00** |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**108,833.43**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Anthony Limonciello,**
       **Annette M. Limonciello**,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **412224.20.222078.4** <br><br> **HFC** <br> **4747 North Harlem Avenue** <br> **Harwood Heights, IL 60706** | | J | | | | | 5,974.00 |
| Account No. **6035322003609124** <br><br> **Home Depot Credit Services, Inc** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901-6029** | | J | AF Plumbing Co. | | | | 5,300.00 |
| Account No. **5466-8010-3512-8203** <br><br> **JCPennys MasterCard** <br> **P.O. Box 960001** <br> **Orlando, FL 32896-0001** | | J | credit card | | | | 5,115.00 |
| Account No. **AF Co** <br><br> **Kieft Brothers, Inc** <br> **837 South Riverside Drive** <br> **Elmhurst, IL 60126** | | - | | | | | 9,233.15 |
| Account No. **81108/27873** <br><br> **Parkway Bank & Trust Co** <br> **Attention: Guy D'Oronzo** <br> **4800 North Harlem Avenue** <br> **Harwood Heights, IL 60706** | | J | loan | | | | 87,250.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,872.15

Form B6F - Cont.
(12/03)

In re   **Anthony Limonciello,**
**Annette M. Limonciello**,
                                              Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0501600055** <br> **Resurrection Medical Center** <br> **c/o Malcom S. Gerald & Associates** <br> **332 South Michigan Avenue Suite 600** <br> **Chicago, IL 60604** | | J | medical | | | | 249.28 |
| Account No. **2005 P 062** <br> **SG Supply Co** <br> **Grochocinski Grochocinski & Lloyd** <br> **1900 Ravina Place** <br> **Orland Park, IL 60462** | | J | AF Plumbing Co. | | | | 256,000.00 |
| Account No. **AFCO1** <br> **Sterling Supply Co Inc** <br> **4900 Lincoln Avenue Rt 53** <br> **Lisle, IL 60532-2197** | | J | AF Plumbing Co. | | | | 45,685.00 |
| Account No. **58002** <br> **The Arlington Center** <br> **c/o Certified Services Inc** <br> **P.O. Box 177** <br> **Waukegan, IL 60085** | | J | medical | | | | 500.00 |
| Account No. **133701** <br> **Time Savers, Inc** <br> **Teller Levit & Silvertrust PC** <br> **11 East Adams Street** <br> **Chicago, IL 60603** | | J | AF Plumbing Co. | | | | 1,201.17 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   303,635.45

Form B6F - Cont.
(12/03)

In re **Anthony Limonciello,**
**Annette M. Limonciello**, Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Vollmar Clay Products Co**<br>**5835 West Touhy Avenue**<br>**Chicago, IL 60646** | | J | AF Plumbing Co. | | | | 9,887.37 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **9,887.37**

Total
(Report on Summary of Schedules) **756,395.53**

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Anthony Limonciello**
**Annette M. Limonciello**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**            **Creditor's name**
   -NONE-

   *b. Property to Be Retained*                              *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | 4233 North Melvina Avenue Chicago, IL 60634 | Washington Mutual | | | X |

Date **September 22, 2005**           Signature  **/s/ Anthony Limonciello**
                                                 **Anthony Limonciello**
                                                 Debtor

Date **September 22, 2005**           Signature  **/s/ Annette M. Limonciello**
                                                 **Annette M. Limonciello**
                                                 Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Anthony Limonciello**
**Annette M. Limonciello**
Debtor(s)

Case No.
Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 2,500.00 |
   | Prior to the filing of this statement I have received | $ 2,500.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 22, 2005**

**/s/ Gina B. Krol**
**Gina B. Krol 6187642**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300   Fax: 312-368-4559**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Anthony Limonciello**, **Annette M. Limonciello**
Debtor(s)

Case No.
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **49**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 22, 2005**        **/s/ Anthony Limonciello**
                                     **Anthony Limonciello**
                                     Signature of Debtor

Date: **September 22, 2005**        **/s/ Annette M. Limonciello**
                                     **Annette M. Limonciello**
                                     Signature of Debtor

A&A Equipment & Supply Co
196 West Devon Avenue
Bensenville, IL 60106

Carson Piere Scott
P.O. Box 17633
Baltimore, MD 21297-1633

GM-T Capital
Dept Ch 10460
Palatine, IL 60055-0460

American Family Insurance Company
Credit Collection Services
2 Wells Avenue Suite 1
Newton Center, MA 02459

Catalano Caboor & Co
1 South 376 Summit Ct A
Oak Brook, IL 60181

Cook County Treasurer
P.O. Box 4476
Carol Stream, IL 60197-4476

American General Finance
3131 North Central Avenue
Chicago, IL 60634-5314

Chase Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153

Crawford Supply Co
Fuchs & Roselli, LTD
440 West Randolph Street Suite 500
Chicago, IL 60606

Amerisafe Inc
c/o Caine & Weiner
1100 East Woodfield Road #425
Schaumburg, IL 60173

Citgo
P.O. Box 9095
Des Moines, IA 50368-9095

Datacom Marketing
1 Chestnut Street Suite 91
Nashua, NH 03060

Auburn Supply Co
Teller Levit & Silvertrust PC
11 East Adams Street
Chicago, IL 60603

City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680-1292

Diamond Coring Co
c/o Chitkowski Law Offices
801 Warrenville Road #620
Lisle, IL 60532

Barnett
P.O. Box 2317
Jacksonville, FL 32203

City of Chicago
c/o Department of Transportation
121 North LaSalle Room #802
Chicago, IL 60602

Efficient Insulation
10215 Franklin Avenue
Franklin Park, IL 60131

Beverly Materials, LLC
1100 Brandt Drive
Elgin, IL 60120-1600

City of Chicago
Linebarger Goggan Blair & Sampson L
P.O. Box 06152
Chicago, IL 60606-0152

Financial Management Services, Inc
Grochocinski Grochocinski & Lloyd
1900 Ravina Place
Orland Park, IL 60462

Bond Safegaurd Insurance Co
1919 South Highland Ave Bldg A #300
Lombard, IL 60148

City of Chicago
Goldman & Grant
134 North LaSalle Street #1717
Chicago, IL 60602

First USA
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153

Bond Safeguard Insurance Co
TJ Adams Group-R. Jacobson
333 East E. Butterfield Road 5th Fl
Lombard, IL 60148-5641

City of Chicago
Baker Miller Markoff Krasny LLC
11 South LaSalle Street 19th Floor
Chicago, IL 60603-1203

Fred & Barbara Altamore
3035 Maple Street
Franklin Park, IL 60131

Capital One Bank
P.O. Box 790216
Saint Louis, MO 63179-0216

City of Chicago Dept of Admin Hear.
Heller & Frisone LTD
33 North LaSalle Street #1200
Chicago, IL 60602

General Casualty Insurance Co
Dun & Bradstreet Receivables
55 Shurman Road
Naperville, IL 60566-7099

Golf Diagnostic Center
9680 Golf Road
Des Plaines, IL 60016

Local 130
1340 West Washington Blvd
Chicago, IL 60607-1936

HFC
4747 North Harlem Avenue
Harwood Heights, IL 60706

Parkway Bank & Trust Co
Attention:  Guy D'Oronzo
4800 North Harlem Avenue
Harwood Heights, IL 60706

Home Depot Credit Services, Inc
P.O. Box 6029
The Lakes, NV 88901-6029

Resurrection Medical Center
c/o Malcom S. Gerald & Associates
332 South Michigan Avenue Suite 600
Chicago, IL 60604

JCPennys MasterCard
P.O. Box 960001
Orlando, FL 32896-0001

SG Supply Co
Grochocinski Grochocinski & Lloyd
1900 Ravina Place
Orland Park, IL 60462

Kieft Brothers, Inc
837 South Riverside Drive
Elmhurst, IL 60126

Sterling Supply Co Inc
4900 Lincoln Avenue Rt 53
Lisle, IL 60532-2197

Labnorers Pension Fund
53 West Jackson Blvd #550
Chicago, IL 60604-3607

The Arlington Center
c/o Certified Services Inc
P.O. Box 177
Waukegan, IL 60085

Laborer's Union Pension & Welfare
11465 Cermak Road
Westchester, IL 60154

Time Savers, Inc
Teller Levit & Silvertrust PC
11 East Adams Street
Chicago, IL 60603

LaSalle Bank
Attention: Bankruptcy
135 South LaSalle Street Dept 8144
Chicago, IL 60674-8144

Vollmar Clay Products Co
5835 West Touhy Avenue
Chicago, IL 60646

LaSalle Bank
Attention: Bankruptcy
135 South LaSalle Street Dept 8144
Chicago, IL 60674-8144

Washington Mutual
Attention:  Bankruptcy
P.O. Box 3139
Milwaukee, WI 53201-3139

Local 130
Lewis Overbeck & Furman LLP
135 South LaSalle Stree Suite 2300
Chicago, IL 60603