UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
LIMONCIELLO, ANTHONY                  §    Case No. 05-39333
LIMONCIELLO, ANNETTE M                §
                                      §
                                      §
            Debtor(s)                 §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

  6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: 05-39333 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: LIMONCIELLO, ANTHONY | Date Filed (f) or Converted (c): | 09/22/05 (f) |
| LIMONCIELLO, ANNETTE M | 341(a) Meeting Date: | 10/31/05 |
| For Period Ending: 09/20/10 | Claims Bar Date: | 02/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1989 MERCEDES 560 COUPE | 3,500.00 | 4,300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CASH | 75.00 | 75.00 | | 75.00 | FA |
| 3. PARKWAY BANK CHECKING ACCOUNT | 750.00 | 750.00 | | 35.68 | FA |
| 4. JANUS MUTUAL FUNDS | 2,400.00 | 2,495.00 | | 2,838.32 | FA |
| 5. LA SALLE MONEY MARKET | 71,008.33 | 71,186.05 | | 71,186.05 | FA |
| 6. COM ED SECURITY DEPOSIT | 210.00 | 210.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD FURNISHINGS | 500.00 | Unknown | DA | 0.00 | FA |
| 8. MUSIC & MOVIES | 20.00 | 20.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. WOMEN'S ENGAGEMENT RING | 2,000.00 | Unknown | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. ROLEX WATCH, WEDDING RINGS | 4,800.00 | Unknown | | 2,800.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. CAMERA | 25.00 | 25.00 | DA | 0.00 | FA |
| 13. TERM LIFE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. AF COMPANY CONTRACTORS - STOCK | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. ACCOUNTS RECEIVABLE OF AF COMPANY CONTRACTORS | Unknown | Unknown | DA | 0.00 | FA |
| 16. PLUMBING & SEWER LICENSES | Unknown | Unknown | DA | 0.00 | FA |
| 17. TOOLS OF TRADE | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. DOG | 5.00 | 0.00 | DA | 0.00 | FA |
| 19. 4233 NORTH MELVINA, CHICAGO, IL | 280,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,006.10 | Unknown |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 05-39333 PSH Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | LIMONCIELLO, ANTHONY | | Date Filed (f) or Converted (c): | 09/22/05 (f) |
| | LIMONCIELLO, ANNETTE M | | 341(a) Meeting Date: | 10/31/05 |
| | | | Claims Bar Date: | 02/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $366,093.33 | $79,061.05 | | $78,941.15 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 06/30/10

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

Ver: 15.20

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-39333 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | LIMONCIELLO, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | Account Number / CD #: | *******7143 Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | |
| For Period Ending: | 09/20/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/05 | 5 | ANNETTE LIMONCIELLO | TURNOVER FROM DEBTOR | 1121-000 | 71,186.05 | | 71,186.05 |
| 11/30/05 | 20 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 6.81 | | 71,192.86 |
| 12/30/05 | 20 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 36.28 | | 71,229.14 |
| 01/31/06 | 20 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 36.30 | | 71,265.44 |
| 02/28/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 50.76 | | 71,316.20 |
| 03/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 60.57 | | 71,376.77 |
| 04/28/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 58.66 | | 71,435.43 |
| * 05/29/06 | 000101 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | | 2300-003 | | 53.58 | 71,381.85 |
| * 05/29/06 | 000101 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | VOID Wrong Amount. | 2300-003 | | -53.58 | 71,435.43 |
| 05/30/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | Bond Premium | 2300-000 | | 58.14 | 71,377.29 |
| 05/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 60.67 | | 71,437.96 |
| 06/30/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 58.72 | | 71,496.68 |
| 07/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 60.72 | | 71,557.40 |
| 08/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 60.77 | | 71,618.17 |
| 09/29/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 58.86 | | 71,677.03 |
| 10/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 60.88 | | 71,737.91 |
| 11/30/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 58.96 | | 71,796.87 |
| 12/29/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 60.97 | | 71,857.84 |
| 01/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 61.03 | | 71,918.87 |

Page Subtotals  71,977.01  58.14

Ver: 15.20

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-39333 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | LIMONCIELLO, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | Account Number / CD #: | *******7143 Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | |
| For Period Ending: | 09/20/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 55.17 | | 71,974.04 |
| 03/21/07 | 000103 | Maloney Appraisal Company, Inc. | Appraisal of 4240 N. Melvina | 3711-000 | | 500.00 | 71,474.04 |
| 03/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 61.05 | | 71,535.09 |
| 04/14/07 | 4 | Anthony & Annette Limonciello | Turnover of Property | 1129-000 | 1,408.78 | | 72,943.87 |
| 04/14/07 | 4 | Anthony & Annette Limonciello | Turnover of Property | 1129-000 | 1,429.54 | | 74,373.41 |
| 04/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 86.77 | | 74,460.18 |
| 05/08/07 | 000104 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 71.12 | 74,389.06 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 05/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 94.81 | | 74,483.87 |
| 06/29/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 91.83 | | 74,575.70 |
| 07/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 95.01 | | 74,670.71 |
| 08/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 95.13 | | 74,765.84 |
| 09/28/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 92.17 | | 74,858.01 |
| 10/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 81.84 | | 74,939.85 |
| 11/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 73.91 | | 75,013.76 |
| 12/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 76.45 | | 75,090.21 |
| 01/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 58.38 | | 75,148.59 |
| 02/29/08 | 20 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 29.77 | | 75,178.36 |
| 03/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 28.96 | | 75,207.32 |
| 04/30/08 | 20 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 24.66 | | 75,231.98 |
| 05/09/08 | 000105 | International Sureties, Ltd. | BOND # 016026455 | 2300-000 | | 77.79 | 75,154.19 |
| | | 701 Poydras St. | Term 2/1/08 - 2/1/09 | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/30/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 15.92 | | 75,170.11 |
| 06/30/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 15.41 | | 75,185.52 |
| 07/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 15.92 | | 75,201.44 |
| 08/04/08 | 11 | Annette Limonciello | Sale of Rolex Watch | 1129-000 | 2,800.00 | | 78,001.44 |
| | | | Page Subtotals | | 6,731.48 | 648.91 | |

Ver: 15.20

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 05-39333 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | Account Number / CD #: | *******7143  Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | |
| For Period Ending: | 09/20/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/04/08 | 2, 3 | Annette Limonciello | Turnover | 1129-003 | 120.68 | | 78,122.12 |
| * 08/04/08 | 2, 3 | Annette Limonciello | Turnover | 1129-003 | -120.68 | | 78,001.44 |
| | | | Entered wrong amount. Should have been $110.68 | | | | |
| 08/04/08 | 2, 3 | Annette Limonciello | Turnover by Debtor | 1129-000 | 110.68 | | 78,112.12 |
| 08/29/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 16.41 | | 78,128.53 |
| 09/30/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 16.02 | | 78,144.55 |
| 10/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 14.20 | | 78,158.75 |
| 11/28/08 | 20 | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 12.81 | | 78,171.56 |
| 12/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 7.86 | | 78,179.42 |
| 01/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.33 | | 78,180.75 |
| 02/27/09 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.20 | | 78,181.95 |
| 03/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.33 | | 78,183.28 |
| 04/19/09 | 000106 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | 2300-000 | | 123.30 | 78,059.98 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.21 | | 78,063.19 |
| 05/29/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.31 | | 78,066.50 |
| 06/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.21 | | 78,069.71 |
| 07/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.32 | | 78,073.03 |
| 08/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.32 | | 78,076.35 |
| 09/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.21 | | 78,079.56 |
| 10/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.31 | | 78,082.87 |
| 11/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.22 | | 78,086.09 |
| 12/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.32 | | 78,089.41 |
| 01/29/10 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.31 | | 78,092.72 |
| 02/26/10 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.00 | | 78,095.72 |
| 03/16/10 | 000107 | Grochocinski, Grochocinski & Lloyd, Ltd. | Special Counsel Fees & Expenses | | | 20,151.66 | 57,944.06 |
| | | 1900 Ravinia Place | | | | | |

Page Subtotals      217.58      20,274.96

Ver: 15.20

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

FORM 2

Page: 4

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-39333 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | Account Number / CD #: | *******7143  Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | |
| For Period Ending: | 09/20/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Orland Park, IL  60462 | | | | | | |
| | | | Fees | 18,457.50 | 3210-000 | | | 57,944.06 |
| | | | Expenses | 1,694.16 | 3220-000 | | | 57,944.06 |
| 03/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | | 1270-000 | 2.96 | | 57,947.02 |
| 04/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | | 1270-000 | 2.38 | | 57,949.40 |
| 05/28/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | | 1270-000 | 2.45 | | 57,951.85 |
| 05/31/10 | 000108 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 2/1/10 - 2/1/11 | | 2300-000 | | 156.07 | 57,795.78 |
| | | 701 POYDRAS STREET, SUITE 120 | | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | | |
| 06/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | | 1270-000 | 2.38 | | 57,798.16 |
| 07/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | | 1270-000 | 2.45 | | 57,800.61 |
| 08/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | | 1270-000 | 2.46 | | 57,803.07 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 78,941.15 | 21,138.08 | 57,803.07 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 78,941.15 | 21,138.08 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 78,941.15 | 21,138.08 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Interest earning MMA Account - *******7143 | 78,941.15 | 21,138.08 | 57,803.07 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 78,941.15 | 21,138.08 | 57,803.07 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           15.08          156.07

Ver: 15.20

LFORM24
UST Form 101-7-TFR (9/1/2009)  *(Page: 8)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-39333
Case Name: LIMONCIELLO, ANTHONY
        LIMONCIELLO, ANNETTE M
Trustee Name: Phillip D. Levey

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Phillip D. Levey | $_____ | $_____ |
| Attorney for trustee: Phillip D. Levey | $_____ | $_____ |
| Appraiser: Maloney Appraisal Company, Inc. | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: Clerk, U.S. Bankruptcy Court | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | *A&A Equipment & Supply Co* | | |
| | *196 West Devon Avenue* | | |
| *000001* | *Bensenville, IL 60106* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Auburn Supply Co<br>Teller Levit & Silvertrust PC<br>11 East Adams Street<br>Chicago, IL 60603 | $ | $ |
| 000003 | Time Savers, Inc<br>Teller Levit & Silvertrust PC<br>11 East Adams Street<br>Chicago, IL 60603 | $ | $ |
| 000004 | Crawford Supply Co<br>Fuchs & Roselli, LTD<br>440 West Randolph Street<br>Suite 500<br>Chicago, IL 60606 | $ | $ |
| 000005 | SMC c/o Carson Pirie Scott<br>BOX 19249<br>SUGARLAND TX 77496 | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ |
| 000008 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ |
| 000009 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000010 | Financial Management Services, Inc. <br> 1001 Warrenville Road <br> Suite 210 <br> Lisle, IL 60532 | $_____ | $_____ |
| 000011 | Fred & Barbara Altamore <br> 3035 Maple Street <br> Franklin Park, IL 60131 | $_____ | $_____ |
| 000012 | Douglas A Lindsay <br> Lewis, Overbeck & Furman, LLP <br> 135 S. LaSalle Street, Suite 2300 <br> Chicago, Illinois 60603-4274 | $_____ | $_____ |
| 000013 | Capital Recovery One <br> Assignee of GE Money Bank <br> DBA JCPenney Rewards Mastercard <br> Recovery Management Systems Corp <br> 25 S.E. 2nd Avenue, Suite 1120 <br> Miami, Fl 33131 | $_____ | $_____ |
| 000014 | Citibank South Dakota NA <br> Assoc Citgo Payment Center <br> 4300 Westown Parkway <br> West Des Moines, IA 50266 | $_____ | $_____ |

    Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  | *Diamond Coring Co.* |  |  |
|  | *c/o Chitkowski Law Offices* |  |  |
|  | *801 Warrenville Road* |  |  |
|  | *Suite 620* |  |  |
| *00015* | *Lisle, IL  60532* | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$         .