# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LIMONCIELLO, ANTHONY | § | Case No. 05-39333 |
| LIMONCIELLO, ANNETTE M | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/30/2010 in Courtroom 644,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _Kenneth S. Gardner_____
                                             Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| LIMONCIELLO, ANTHONY | § | Case No. 05-39333 |
| LIMONCIELLO, ANNETTE M | § | |
|  | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 78,943.53 |
| *and approved disbursements of* | $ | 21,138.08 |
| *leaving a balance on hand of*[1] | $ | 57,805.45 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: Phillip D. Levey* | $ | 7,197.18 | $ | 164.08 |
| *Attorney for trustee: Phillip D. Levey* | $ | 20,916.00 | $ | 0.00 |
| *Appraiser: Maloney Appraisal Company, Inc.* | $ | 2,000.00 | $ | 0.00 |
| *Auctioneer:* | $ | | $ | |
| *Accountant:* | $ | | $ | |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges: Clerk, U.S. Bankruptcy Court* | $ | 250.00 | $ | 0.00 |
| *Fees:* | $ | | $ | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 512,815.97  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.3  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | A&A Equipment & Supply Co | | |
| | 196 West Devon Avenue | | |
| 000001 | Bensenville, IL 60106 | $ 13,668.53 | $ 727.07 |
| | Auburn Supply Co | | |
| | Teller Levit & Silvertrust PC | | |
| | 11 East Adams Street | | |
| 000002 | Chicago, IL 60603 | $ 15,078.98 | $ 802.10 |
| | Time Savers, Inc | | |
| | Teller Levit & Silvertrust PC | | |
| | 11 East Adams Street | | |
| 000003 | Chicago, IL 60603 | $ 1,501.17 | $ 79.85 |
| | Crawford Supply Co | | |
| | Fuchs & Roselli, LTD | | |
| | 440 West Randolph Street | | |
| | Suite 500 | | |
| 000004 | Chicago, IL 60606 | $ 9,172.21 | $ 487.90 |
| | SMC c/o Carson Pirie Scott | | |
| | BOX 19249 | | |
| 000005 | SUGARLAND TX 77496 | $ 2,224.94 | $ 118.35 |
| | Chase Bank USA, N.A. | | |
| | c/o Weinstein & Riley, P.S. | | |
| | 2101 4th Avenue, Suite 900 | | |
| 000007 | Seattle, WA, 98121 | $ 12,330.44 | $ 655.89 |
| | Chase Bank USA, N.A. | | |
| | c/o Weinstein & Riley, P.S. | | |
| | 2101 4th Avenue, Suite 900 | | |
| 000008 | Seattle, WA, 98121 | $ 30,569.01 | $ 1,626.06 |
| | Chase Bank USA, N.A. | | |
| | c/o Weinstein & Riley, P.S. | | |
| | 2101 4th Avenue, Suite 900 | | |
| 000009 | Seattle, WA, 98121 | $ 2,939.94 | $ 156.38 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | Financial Management Services, Inc. 1001 Warrenville Road Suite 210 | | |
| 000010 | Lisle, IL 60532 | $ 254,365.24 | $ 13,530.44 |
| | Fred & Barbara Altamore 3035 Maple Street | | |
| 000011 | Franklin Park, IL 60131 | $ 100,783.43 | $ 5,360.96 |
| | Douglas A Lindsay Lewis, Overbeck & Furman, LLP 135 S. LaSalle Street, Suite 2300 | | |
| 000012 | Chicago, Illinois 60603-4274 | $ 64,517.63 | $ 3,431.88 |
| | Capital Recovery One Assignee of GE Money Bank DBA JCPenney Rewards Mastercard Recovery Management Systems Corp 25 S.E. 2nd Avenue, Suite 1120 | | |
| 000013 | Miami, Fl 33131 | $ 5,115.89 | $ 272.13 |
| | Citibank South Dakota NA Assoc Citgo Payment Center 4300 Westown Parkway | | |
| 000014 | West Des Moines, IA 50266 | $ 548.56 | $ 29.18 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,349.95  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | Diamond Coring Co. | | |
| | c/o Chitkowski Law Offices | | |
| | 801 Warrenville Road | | |
| | Suite 620 | | |
| 00015 | Lisle, IL  60532 | $ 3,349.95 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Phillip D. Levey _____

Trustee's Counsel

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: gbeemster        Page 1 of 2        Date Rcvd: Nov 03, 2010
Case: 05-39333             Form ID: pdf006         Total Noticed: 62

The following entities were noticed by first class mail on Nov 05, 2010.
db/jdb    +Anthony Limonciello,   Annette M Limonciello,   4233 North Melvina Avenue,
           Chicago, IL 60634-1529
aty       +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
           Orland Park, IL 60462-3760
aty       +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
           Orland Park, IL 60462-3760
aty       +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
           Orland Park, IL 60462-3760
aty       +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
tr        +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
9870434   +A&A Equipment & Supply Co,   196 West Devon Avenue,   Bensenville, IL 60106-1148
9870435   +American Family Insurance Company,   Credit Collection Services,   2 Wells Avenue Suite 1,
           Newton Center, MA 02459-3246
9870436   +American General Finance,   3131 North Central Avenue,   Chicago, IL 60634
9870437   +Amerisafe Inc,   c/o Caine & Weiner,   1100 East Woodfield Road #425,   Schaumburg, IL 60173-5116
9870438   +Auburn Supply Co,   Teller Levit & Silvertrust PC,   11 East Adams Street,
           Chicago, IL 60603-6369
9870439   +Barnett,   P.O. Box 2317,   Jacksonville, FL 32203-2317
9870440   +Beverly Materials, LLC,   1100 Brandt Drive,   Elgin, IL 60120-1600
9870441   +Bond Safegaurd Insurance Co,   1919 South Highland Ave Bldg A #300,   Lombard, IL 60148-6153
9870442    Bond Safegaurd Insurance Co,   TJ Adams Group-R. Jacobson,   333 East E. Butterfield Road 5th Fl,
           Lombard, IL 60148-5641
9870454    CNH Capital,   Dept Ch 10460,   Palatine, IL 60055-0460
9870444   +Carson Piere Scott,   P.O. Box 17633,   Baltimore, MD 21297-1633
9870445   +Catalano Caboor & Co,   1 South 376 Summit Ct A,   Oak Brook, IL 60181
10538865  +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
           Seattle, WA 98121-2339
9870446    Chase Card Member Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
9870447   +Citgo,   P.O. Box 9095,   Des Moines, IA 50368-9095
10597543  +Citibank South Dakota NA,   Assoc Citgo Payment Center,   4300 Westown Parkway,
           West Des Moines, IA 50266-1266
9870451   +City of Chicago,   Goldman & Grant,   134 North LaSalle Street #1717,   Chicago, IL 60602-1086
9870448    City of Chicago,   Department of Revenue,   P.O. Box 88292,   Chicago, IL 60680-1292
9870452    City of Chicago,   Baker Miller Markoff Krasny LLC,   11 South LaSalle Street 19th Floor,
           Chicago, IL 60603-1203
9870449   +City of Chicago,   c/o Department of Transportation,   121 North LaSalle Room #802,
           Chicago, IL 60602-1202
9870450    City of Chicago,   Linebarger Goggan Blair & Sampson L,   P.O. Box 06152,
           Chicago, IL 60606-0152
9870453   +City of Chicago Dept of Admin Hear.,   Heller & Frisone LTD,   33 North LaSalle Street #1200,
           Chicago, IL 60602-2866
10505092  +Cook County Treasurer,   Cook County Treasurer's Office,   118 North Clark Street Room 222,
           Chicago, Illinois 60602-1588
9870455    Cook County Treasurer,   P.O. Box 4476,   Carol Stream, IL 60197-4476
9870456   +Crawford Supply Co,   Fuchs & Roselli, LTD,   440 West Randolph Street Suite 500,
           Chicago, IL 60606-7211
9870457   +Datacom Marketing,   1 Chestnut Street Suite 91,   Nashua, NH 03060-9307
9870458   +Diamond Coring Co,   c/o Chitkowski Law Offices,   801 Warrenville Road #620,
           Lisle, IL 60532-4348
10575529  +Douglas A Lindsay,   Lewis, Overbeck & Furman, LLP,   135 S. LaSalle Street, Suite 2300,
           Chicago, Illinois 60603-4152
9870459   +Efficient Insulation,   10215 Franklin Avenue,   Franklin Park, IL 60131-1527
9870460   +Financial Management Services, Inc,   Grochocinski Grochocinski & Lloyd,   1900 Ravina Place,
           Orland Park, IL 60462-3760
10551826  +Financial Management Services, Inc.,   1001 Warrenville Road,   Suite 210,   Lisle, IL 60532-1393
9870461    First USA,   Card Member Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
9870462   +Fred & Barbara Altamore,   3035 Maple Street,   Franklin Park, IL 60131-2822
9870463   +General Casualty Insurance Co,   Dun & Bradstreet Receivables,   55 Shurman Road,
           Naperville, IL 60563-7925
9870464   +Golf Diagnostic Center,   9680 Golf Road,   Des Plaines, IL 60016-1522
9870465   +HFC,   4747 North Harlem Avenue,   Harwood Heights, IL 60706-4060
9870466    Home Depot Credit Services, Inc,   P.O. Box 6029,   The Lakes, NV 88901-6029
9870467    JCPennys MasterCard,   P.O. Box 960001,   Orlando, FL 32896-0001
9870468   +Kieft Brothers, Inc,   837 South Riverside Drive,   Elmhurst, IL 60126-4964
9870471   +LaSalle Bank,   Attention: Bankruptcy,   135 South LaSalle Street Dept 8144,
           Chicago, IL 60674-8144
9870470   +Laborer's Union Pension & Welfare,   11465 Cermak Road,   Westchester, IL 60154-5768
9870473    Local 130,   Lewis Overbeck & Furman LLP,   135 South LaSalle Stree Suite 2300,
           Chicago, IL 60603-4152
9870474   +Local 130,   1340 West Washington Blvd,   Chicago, IL 60607-1980
9870475   +Parkway Bank & Trust Co,   Attention: Guy D'Oronzo,   4800 North Harlem Avenue,
           Harwood Heights, IL 60706-3506
9870476   +Resurrection Medical Center,   c/o Malcom S. Gerald & Associates,
           332 South Michigan Avenue Suite 600,   Chicago, IL 60604-4318
9870477   +SG Supply Co,   Grochocinski Grochocinski & Lloyd,   1900 Ravinia Place,
           Orland Park, IL 60462-3760
10503443  +SMC c/o Carson Pirie Scott,   BOX 19249,   SUGARLAND TX 77496-9249
9870478   +Sterling Supply Co Inc,   4900 Lincoln Avenue Rt 53,   Lisle, IL 60532-2115
9870479   +The Arlington Center,   c/o Certified Services Inc,   P.O. Box 177,   Waukegan, IL 60079-0177
9870480   +Time Savers, Inc,   Teller Levit & Silvertrust PC,   11 East Adams Street,
           Chicago, IL 60603-6369
9870481   +Vollmar Clay Products Co,   5835 West Touhy Avenue,   Chicago, IL 60646-1264
9870482    Washington Mutual,   Attention: Bankruptcy,   P.O. Box 3139,   Milwaukee, WI 53201-3139

```
District/off: 0752-1          User: gbeemster          Page 2 of 2          Date Rcvd: Nov 03, 2010
Case: 05-39333               Form ID: pdf006           Total Noticed: 62
```

```
10870825      eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
              Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Nov 04, 2010.
12407650      +E-mail/PDF: rmscedi@recoverycorp.com Nov 04 2010 12:18:21      Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10583576      +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2010 12:18:20      GE Money Bank,
              DBA JCPenney Rewards Mastercard,   Recovery Management Systems Corp,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
12390331       E-mail/PDF: rmscedi@recoverycorp.com Nov 04 2010 12:18:21
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                              TOTAL: 3


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
9870472*      LaSalle Bank,   Attention: Bankruptcy,   135 South LaSalle Street Dept 8144,
              Chicago, IL 60674-8144
9870443       ##Capital One Bank,   P.O. Box 790216,   Saint Louis, MO 63179-0216
9870469       ##+Labnorers Pension Fund,   53 West Jackson Blvd #550,   Chicago, IL 60604-3425
                                                                              TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2010**                    **Signature:**    *Joseph Speetjens*