UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| LIMONCIELLO, ANTHONY | § | Case No. 05-39333 |
| LIMONCIELLO, ANNETTE M | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | COOK COUNTY TREASURER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, | | | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, | | | | | |
| MALONEY APPRAISAL COMPANY, INC. | | | | | |
| MALONEY APPRAISAL COMPANY, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | A&A EQUIPMENT & SUPPLY CO | | | | | |
| 000002 | AUBURN SUPPLY CO | | | | | |
| 000013 | CAPITAL RECOVERY ONE | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000014 | CITIBANK SOUTH DAKOTA NA | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000004 | CRAWFORD SUPPLY CO | | | | | |
| 000012 | DOUGLAS A LINDSAY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | FINANCIAL MANAGEMENT SERVICES, INC. | | | | | |
| 000011 | FRED & BARBARA ALTAMORE | | | | | |
| 000005 | SMC C/O CARSON PIRIE SCOTT | | | | | |
| 000003 | TIME SAVERS, INC | | | | | |
| 000015 | DIAMOND CORING CO. | | | | | |
| 000016 | DIAMOND CORING CO. | | | | | |
| 000017 | ECAST SETTLEMENT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-39333 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | LIMONCIELLO, ANTHONY | | | Date Filed (f) or Converted (c): | 09/22/05 (f) |
| | LIMONCIELLO, ANNETTE M | | | 341(a) Meeting Date: | 10/31/05 |
| For Period Ending: | 11/02/10 | | | Claims Bar Date: | 02/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1989 MERCEDES 560 COUPE | 3,500.00 | 4,300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CASH | 75.00 | 75.00 | | 75.00 | FA |
| 3. PARKWAY BANK CHECKING ACCOUNT | 750.00 | 750.00 | | 35.68 | FA |
| 4. JANUS MUTUAL FUNDS | 2,400.00 | 2,495.00 | | 2,838.32 | FA |
| 5. LA SALLE MONEY MARKET | 71,008.33 | 71,186.05 | | 71,186.05 | FA |
| 6. COM ED SECURITY DEPOSIT | 210.00 | 210.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD FURNISHINGS | 500.00 | Unknown | DA | 0.00 | FA |
| 8. MUSIC & MOVIES | 20.00 | 20.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. WOMEN'S ENGAGEMENT RING | 2,000.00 | Unknown | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. ROLEX WATCH, WEDDING RINGS | 4,800.00 | Unknown | | 2,800.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. CAMERA | 25.00 | 25.00 | DA | 0.00 | FA |
| 13. TERM LIFE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. AF COMPANY CONTRACTORS - STOCK | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. ACCOUNTS RECEIVABLE OF AF COMPANY CONTRACTORS | Unknown | Unknown | DA | 0.00 | FA |
| 16. PLUMBING & SEWER LICENSES | Unknown | Unknown | DA | 0.00 | FA |
| 17. TOOLS OF TRADE | 500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 18. DOG | 5.00 | 0.00 | DA | 0.00 | FA |
| 19. 4233 NORTH MELVINA, CHICAGO, IL | 280,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,008.48 | Unknown |

Case 05-39333   Doc 65   Filed 08/17/11   Entered 08/17/11 08:27:58   Desc Main
Document   Page 9 of 17

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 05-39333 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | | Date Filed (f) or Converted (c): | 09/22/05 (f) |
| | LIMONCIELLO, ANNETTE M | | | 341(a) Meeting Date: | 10/31/05 |
| | | | | Claims Bar Date: | 02/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $366,093.33 | $79,061.05 | | $78,943.53 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39333 | PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | LIMONCIELLO, ANTHONY | | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | | Account Number / CD #: | *******7143  Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | | |
| For Period Ending: | 07/17/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 11/22/05 | 5 | ANNETTE LIMONCIELLO | TURNOVER FROM DEBTOR | 71,186.05 | | 71,186.05 |
| 11/30/05 | 20 | BANK OF AMERICA | Interest Rate 0.600 | 6.81 | | 71,192.86 |
| 12/30/05 | 20 | BANK OF AMERICA | Interest Rate 0.600 | 36.28 | | 71,229.14 |
| 01/31/06 | 20 | BANK OF AMERICA | Interest Rate 0.600 | 36.30 | | 71,265.44 |
| 02/28/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 50.76 | | 71,316.20 |
| 03/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 60.57 | | 71,376.77 |
| 04/28/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 58.66 | | 71,435.43 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA  70130 | | | 53.58 | 71,381.85 |
| * 05/29/06 | 000101 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA  70130 | VOID<br>Wrong Amount. | | -53.58 | 71,435.43 |
| 05/30/06 | 000102 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA  70130 | Bond Premium | | 58.14 | 71,377.29 |
| 05/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 60.67 | | 71,437.96 |
| 06/30/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 58.72 | | 71,496.68 |
| 07/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 60.72 | | 71,557.40 |
| 08/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 60.77 | | 71,618.17 |
| 09/29/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 58.86 | | 71,677.03 |
| 10/31/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 60.88 | | 71,737.91 |
| 11/30/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 58.96 | | 71,796.87 |
| 12/29/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 60.97 | | 71,857.84 |
| 01/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 61.03 | | 71,918.87 |
| | | | Page Subtotals | 71,977.01 | 58.14 | |

LFORM2

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 16.02b

Page: 2

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39333 PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | Account Number / CD #: | *******7143 Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | |
| For Period Ending: | 07/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 55.17 | | 71,974.04 |
| 03/21/07 | 000103 | Maloney Appraisal Company, Inc. | Appraisal of 4240 N. Melvina | | 500.00 | 71,474.04 |
| 03/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 61.05 | | 71,535.09 |
| 04/14/07 | 4 | Anthony & Annette Limonciello | Turnover of Property | 1,408.78 | | 72,943.87 |
| 04/14/07 | 4 | Anthony & Annette Limonciello | Turnover of Property | 1,429.54 | | 74,373.41 |
| 04/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 86.77 | | 74,460.18 |
| 05/08/07 | 000104 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | | 71.12 | 74,389.06 |
| 05/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 94.81 | | 74,483.87 |
| 06/29/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 91.83 | | 74,575.70 |
| 07/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 95.01 | | 74,670.71 |
| 08/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 95.13 | | 74,765.84 |
| 09/28/07 | 20 | BANK OF AMERICA | Interest Rate 1.500 | 92.17 | | 74,858.01 |
| 10/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.200 | 81.84 | | 74,939.85 |
| 11/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.200 | 73.91 | | 75,013.76 |
| 12/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.200 | 76.45 | | 75,090.21 |
| 01/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.500 | 58.38 | | 75,148.59 |
| 02/29/08 | 20 | BANK OF AMERICA | Interest Rate 0.500 | 29.77 | | 75,178.36 |
| 03/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.400 | 28.96 | | 75,207.32 |
| 04/30/08 | 20 | BANK OF AMERICA | Interest Rate 0.400 | 24.66 | | 75,231.98 |
| 05/09/08 | 000105 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | | 77.79 | 75,154.19 |
| 05/30/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 15.92 | | 75,170.11 |
| 06/30/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 15.41 | | 75,185.52 |
| 07/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.250 | 15.92 | | 75,201.44 |
| 08/04/08 | 11 | Annette Limonciello | Sale of Rolex Watch | 2,800.00 | | 78,001.44 |
| | | | Page Subtotals | 6,731.48 | 648.91 | |

LFORM2

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.02b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39333 | PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | | Account Number / CD #: | *******7143  Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | | |
| For Period Ending: | 07/17/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/04/08 | 2, 3 | Annette Limonciello | Turnover | 120.68 | | 78,122.12 |
| * 08/04/08 | 2, 3 | Annette Limonciello | Turnover | -120.68 | | 78,001.44 |
| | | | Entered wrong amount. Should have been $110.68 | | | |
| 08/04/08 | 2, 3 | Annette Limonciello | Turnover by Debtor | 110.68 | | 78,112.12 |
| 08/29/08 | 20 | BANK OF AMERICA | Interest Rate  0.250 | 16.41 | | 78,128.53 |
| 09/30/08 | 20 | BANK OF AMERICA | Interest Rate  0.250 | 16.02 | | 78,144.55 |
| 10/31/08 | 20 | BANK OF AMERICA | Interest Rate  0.200 | 14.20 | | 78,158.75 |
| 11/28/08 | 20 | BANK OF AMERICA | Interest Rate  0.200 | 12.81 | | 78,171.56 |
| 12/31/08 | 20 | BANK OF AMERICA | Interest Rate  0.020 | 7.86 | | 78,179.42 |
| 01/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.020 | 1.33 | | 78,180.75 |
| 02/27/09 | 20 | BANK OF AMERICA | Interest Rate  0.020 | 1.20 | | 78,181.95 |
| 03/31/09 | 20 | BANK OF AMERICA | Interest Rate  0.020 | 1.33 | | 78,183.28 |
| 04/19/09 | 000106 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | | 123.30 | 78,059.98 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | |
| | | SUITE 420 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | |
| 04/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.21 | | 78,063.19 |
| 05/29/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.31 | | 78,066.50 |
| 06/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.21 | | 78,069.71 |
| 07/31/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.32 | | 78,073.03 |
| 08/31/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.32 | | 78,076.35 |
| 09/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.21 | | 78,079.56 |
| 10/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.31 | | 78,082.87 |
| 11/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.22 | | 78,086.09 |
| 12/31/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.32 | | 78,089.41 |
| 01/29/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.31 | | 78,092.72 |
| 02/26/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 3.00 | | 78,095.72 |
| 03/16/10 | 000107 | Grochocinski, Grochocinski & Lloyd, Ltd. | Special Counsel Fees & Expenses | | 20,151.66 | 57,944.06 |
| | | 1900 Ravinia Place | | | | |

Page Subtotals   217.58   20,274.96

LFORM2

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.02b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39333 | PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | | Account Number / CD #: | *******7143  Interest earning MMA Account |
| Taxpayer ID No: | *******8182 | | | | |
| For Period Ending: | 07/17/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Orland Park, IL  60462 | | | | |
| 03/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.96 | | 57,947.02 |
| 04/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.38 | | 57,949.40 |
| 05/28/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.45 | | 57,951.85 |
| 05/31/10 | 000108 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 2/1/10 - 2/1/11 | | 156.07 | 57,795.78 |
| | | 701 POYDRAS STREET, SUITE 120 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | |
| 06/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.38 | | 57,798.16 |
| 07/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.45 | | 57,800.61 |
| 08/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.46 | | 57,803.07 |
| 09/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.38 | | 57,805.45 |
| 10/29/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.45 | | 57,807.90 |
| 11/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 2.38 | | 57,810.28 |
| 12/03/10 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 0.16 | | 57,810.44 |
| 12/03/10 | | Transfer to Acct #*******5711 | Final Posting Transfer | | 57,810.44 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 78,948.52 | 78,948.52 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 57,810.44 | |
| Subtotal | | 78,948.52 | 21,138.08 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 78,948.52 | 21,138.08 | |

Page Subtotals   22.45   57,966.51

LFORM2   Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-39333 | PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | | Account Number / CD #: | *******5711  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8182 | | | | |
| For Period Ending: | 07/17/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/03/10 | | Transfer from Acct #*******7143 | Transfer In From MMA Account | 57,810.44 | | 57,810.44 |
| 12/04/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | | 7,197.43 | 50,613.01 |
| 12/04/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | | 164.08 | 50,448.93 |
| 12/04/10 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | | 20,833.00 | 29,615.93 |
| 12/04/10 | 000104 | Clerk, U.S. Bankruptcy Court | Filing Fee - Trustee v. Abbott | | 250.00 | 29,365.93 |
| 12/04/10 | 000105 | Maloney Appraisal Company, Inc.<br>2446 North Clark Street<br>Chicago, IL 60614 | Claim 000018, Payment 100.00000%<br>Appraisal and Expert Testimony | | 2,000.00 | 27,365.93 |
| 12/04/10 | 000106 | A&A Equipment & Supply Co<br>196 West Devon Avenue<br>Bensenville, IL 60106 | Claim 000001, Payment 5.33642% | | 729.41 | 26,636.52 |
| 12/04/10 | 000107 | Auburn Supply Co<br>Teller Levit & Silvertrust PC<br>11 East Adams Street<br>Chicago, IL 60603 | Claim 000002, Payment 5.33644% | | 804.68 | 25,831.84 |
| 12/04/10 | 000108 | Time Savers, Inc<br>Teller Levit & Silvertrust PC<br>11 East Adams Street<br>Chicago, IL 60603 | Claim 000003, Payment 5.33650% | | 80.11 | 25,751.73 |
| * 12/04/10 | 000109 | Crawford Supply Co<br>Fuchs & Roselli, LTD<br>440 West Randolph Street Suite 500<br>Chicago, IL 60606 | Claim 000004, Payment 5.33634% | | 489.46 | 25,262.27 |
| 12/04/10 | 000110 | SMC c/o Carson Pirie Scott<br>BOX 19249 | Claim 000005, Payment 5.33632% | | 118.73 | 25,143.54 |
| | | | Page Subtotals | 57,810.44 | 32,666.90 | |

LFORM2

Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-39333 PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | LIMONCIELLO, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | Account Number / CD #: | *******5711 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8182 | | | |
| For Period Ending: | 07/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUGARLAND TX 77496 | | | | |
| 12/04/10 | 000111 | Chase Bank USA, N.A. | Claim 000007, Payment 5.33639% | | 658.00 | 24,485.54 |
| | | c/o Weinstein & Riley, P.S. | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | |
| | | Seattle, WA, 98121 | | | | |
| 12/04/10 | 000112 | Chase Bank USA, N.A. | Claim 000008, Payment 5.33642% | | 1,631.29 | 22,854.25 |
| | | c/o Weinstein & Riley, P.S. | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | |
| | | Seattle, WA, 98121 | | | | |
| 12/04/10 | 000113 | Chase Bank USA, N.A. | Claim 000009, Payment 5.33650% | | 156.89 | 22,697.36 |
| | | c/o Weinstein & Riley, P.S. | | | | |
| | | 2101 4th Avenue, Suite 900 | | | | |
| | | Seattle, WA, 98121 | | | | |
| 12/04/10 | 000114 | Financial Management Services, Inc. | Claim 000010, Payment 5.33641% | | 13,573.96 | 9,123.40 |
| | | 1001 Warrenville Road | | | | |
| | | Suite 210 | | | | |
| | | Lisle, IL 60532 | | | | |
| 12/04/10 | 000115 | Fred & Barbara Altamore | Claim 000011, Payment 5.33640% | | 5,378.21 | 3,745.19 |
| | | 3035 Maple Street | | | | |
| | | Franklin Park, IL 60131 | | | | |
| 12/04/10 | 000116 | Douglas A Lindsay | Claim 000012, Payment 5.33640% | | 3,442.92 | 302.27 |
| | | Lewis, Overbeck & Furman, LLP | Claim Based on Installment Note and Personal Guarantee | | | |
| | | 135 S. LaSalle Street, Suite 2300 | | | | |
| | | Chicago, Illinois 60603-4274 | | | | |
| 12/04/10 | 000117 | Capital Recovery One | Claim 000013, Payment 5.33631% | | 273.00 | 29.27 |
| | | Assignee of GE Money Bank | | | | |
| | | DBA JCPenney Rewards Mastercard | | | | |
| | | Recovery Management Systems Corp | | | | |
| | | 25 S.E. 2nd Avenue, Suite 1120 | | | | |
| | | Miami, Fl 33131 | | | | |
| | | | Page Subtotals | 0.00 | 25,114.27 | |

LFORM2

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-39333 PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | | Account Number / CD #: | *******5711 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8182 | | | |
| For Period Ending: | 07/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/04/10 | 000118 | Citibank South Dakota NA<br>Assoc Citgo Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | Claim 000014, Payment 5.33579% | | 29.27 | 0.00 |
| 05/08/11 | 000119 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividends<br>Claim #4  Crawford Supply Co.  -  $489.46<br>Claim #14  Citibank South Dakota NA  -  $29.27 | | 518.73 | -518.73 |
| * 05/09/11 | 000109 | Crawford Supply Co<br>Fuchs & Roselli, LTD<br>440 West Randolph Street Suite 500<br>Chicago, IL 60606 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | -489.46 | -29.27 |
| * 05/09/11 | 000118 | Citibank South Dakota NA<br>Assoc Citgo Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | -29.27 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 57,810.44 | 57,810.44 | 0.00 |
| Less:  Bank Transfers/CD's | 57,810.44 | 0.00 | |
| Subtotal | 0.00 | 57,810.44 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 57,810.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Interest earning MMA Account - ********7143 | 78,948.52 | 21,138.08 | 0.00 |
| Checking Account (Non-Interest Earn - ********5711 | 0.00 | 57,810.44 | 0.00 |
| | 78,948.52 | 78,948.52 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     29.27

FORM 2

Page: 8

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-39333 PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | LIMONCIELLO, ANTHONY | Bank Name: | BANK OF AMERICA |
| | LIMONCIELLO, ANNETTE M | Account Number / CD #: | *******5711 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8182 | | |
| For Period Ending: | 07/17/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Interest earning MMA Account - ********7143
Checking Account (Non-Interest Earn - ********5711

Page Subtotals  0.00  0.00

LFORM2

Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*